UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　Plaintiff, )<br> )<br>vs.　　　　　　　　　　　　　　　 )　CAUSE NO. 1:17-cr-00016-JMS-TAB<br> )<br>JONATHAN DEMETRIUS JORDAN, )　　　　　　　　　　　　　-01<br>　　　　Defendant. ) | |

**REPORT AND RECOMMENDATION**

　　On June 29, 2023, the Court held a hearing on the final hearing on the Petition for Warrant or Summons for Offender under Supervised Release filed on May 8, 2023, and granted on May 9, 2023. [Filing Nos. 94, 95.]   Defendant, Jonathon Demetrius Jordan appeared in person and by his appointed counsel William H. Dazey , Jr.  Government represented by Jeremy C. Fugate, Assistant United States Attorney.  U. S. Parole and Probation appeared by Officer, Jamie Roberts.

　　The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

　　1.　　The Court advised Defendant, Jonathon Demetrius Jordan of his rights and provided him with a copy of the petition.

　　2.　　After being placed under oath, Defendant, Jonathon Demetrius Jordan admitted violation 1 [Docket Nos. 94, 95.]  Government orally moved to withdraw the remaining violation number 2, which motion was granted by the Court.

　　3.　　The allegation to which Defendant, Jonathon Demetrius Jordan admitted, as fully set forth in the petition, are:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **"You shall not use or possess any controlled substances prohibited by applicable state or federal law, unless authorized to do so by a valid prescription from a licensed medical practitioner. You shall follow the prescription instructions regarding frequency and dosage."** |
| | On March 28, 2023, Mr. Jordan submitted a urine sample, which returned positive for marijuana and cocaine. He admitted to the unlawful possession and use of both substances a few days prior to the collection of the test. The Court was previously advised, Mr. Jordan tested positive for marijuana on May 31, 2022; marijuana and cocaine on August 3, 2022; marijuana, cocaine, and amphetamines on October 28, 2022; marijuana and cocaine on December 22, 2022; and marijuana and cocaine on January 24, 2023. |

4. The parties stipulated that:

   (a) The highest grade of violation is a Grade B violation.

   (b) Defendant's criminal history category is VI.

   (c) The range of imprisonment applicable upon revocation of supervised release, therefore, is 21 to 24 months' imprisonment.

5. The parties jointly recommended a sentence of 21 months' of imprisonment with no supervised release to follow.

The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions in the petition, that his supervised release should be revoked, and that he should be sentenced to the custody of the Attorney General or his designee for a period of 21 months of imprisonment with no supervised

release to follow. The Defendant is to be taken into custody immediately pending the District Judge's action on this Report and Recommendation.

The parties waived the fourteen-day period to object to the Report and Recommendation.

Date: 6/30/2023

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation Office, United States Marshal