UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Cause No. 1:17-cr-00016-JMS-TAB |
| | ) |
| JONATHAN DEMETRIUS JORDAN (01), | ) |
| | ) |
| Defendant. | ) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Tim Baker's Report and Recommendation dkt [103] recommending that Jonathan Demetrius Jordan's supervised release be revoked, pursuant to Title 18 U.S.C. '3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. '3583, and with no objections being filed, the Court **APPROVES and ADOPTS** Magistrate Judge Baker's Report and Recommendation dkt [103]. The Court finds that Mr. Jordan committed Violation Number 1 as alleged by the U.S. Probation Office in its *Petition for Warrant or Summons for Offender under Supervision* dkt [94, 95]. The Court dismisses Violation Number 2 at dkt [94, 95]. The Court now orders that the defendant's supervised release is therefore **REVOKED**, and Mr. Jordan is sentenced to the custody of the Attorney General or his designee for a period of twenty-one (21) months imprisonment and no supervised release to follow.

Date: 7/5/2023

*[signature]*
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system